# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

| UNITED STATES OF AMERICA<br>V.<br>BOMANI AFRICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | EDPA 15-626-M | I5-CR-34 (WWE) |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 2113(a) and (d), 2119(I), 2

**DISTRICT OF OFFENSE**

District of Connecticut

**DESCRIPTION OF CHARGES:**

Unlawful possession of ammunition by a felon; armed bank robbery; carjacking; aiding and abetting.

**CURRENT BOND STATUS:**

    Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | X No | Yes | Language: | |

**DISTRICT OF** PENNSYLVANIA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_5·28·15_ _____
Date                       HONORABLE TIMOTHY R. RICE, U.S. MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:15-mj-00626-1

| | |
|---|---|
| Case title: USA v. AFRICA | Date Filed: 05/28/2015 |
| | Date Terminated: 05/28/2015 |

Assigned to: Unassigned

**Defendant (1)**

**BOMANI AFRICA**
*TERMINATED: 05/28/2015*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2113(a),2113(d) AND 2119(1) AND 2 - ARMED BANK ROBBERY, CARJACKING, AIDING AND ABETTING | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **EMILY MCKILLIP** |
| | | UNITED STATES ATTORNEY'S OFFICE |
| | | 615 CHESTNUT ST |
| | | STE 1250 |
| | | PHILADELPHIA, PA 19106 |
| | | 215-861-8416 |

Fax: 215-861-8497
Email: emily.mckillip@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2015 | | Arrest (Rule 40) of BOMANI AFRICA (mac, ) (Entered: 05/29/2015) |
| 05/28/2015 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance in Rule 5(c)(3) Proceedings as to BOMANI AFRICA held on 5/28/15. The Defendant stipulated to probable cause and removal. Signed by Judge Timothy R. Rice.Court Reporter ESR.(mac, ) (Entered: 05/29/2015) |
| 05/28/2015 | 2 | CJA 23 Financial Affidavit by BOMANI AFRICA (mac, ) (Entered: 05/29/2015) |
| 05/28/2015 | 3 | WAIVER of Rule 5(c)(3) Hearing by BOMANI AFRICA (mac, ) (Entered: 05/29/2015) |
| 05/28/2015 | 4 | COMMITMENT TO ANOTHER DISTRICT AS TO BOMANI AFRICA. DEFENDANT COMMITTED TO THE DISTRICT OF CONNECTICUT.. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 5/28/15.5/29/15 Entered and Copies E-Mailed. (mac, ) (Entered: 05/29/2015) |
| 06/01/2015 | | ***Transfer as to BOMANI AFRICA to the District of Connecticut via interdistrict transfer system. (eibo, ) (Entered: 06/01/2015) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/23/2015 15:48:58 | | |
| **PACER Login:** ux4856:4258145:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:15-mj-00626 |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   15-626-M (EDPA) |
| BOMANI AFRICA | ) | |
| | ) | Charging District's Case No.   15-CR-34(WWE) |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have charged in another district, the District of Connecticut

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☒   a detention hearing.

☐   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/28/15

_Bomani Africa_
Defendant's signature

_Kathleen Gaughan_
Signature of defendant's attorney

_Kathleen Gaughan_
Printed name of defendant's attorney