UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:15CR34 (WWE) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| BOMANI AFRICA, | : | |
| DEFENDANT | : | July 1, 2015 |

## MOTION FOR CONTINUANCE OF JURY SELECTION AND FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

The defendant, **BOMANI AFRICA**, respectfully moves this Court for a continuance of jury selection from August 24, 2015 to October 26, 2015 or a date thereafter convenient to the Court and to additionally grant an extension of time of sixty (60) days within which to file substantive motions in this matter.

In support of this motion, the defendant states the following:

1. On or about May 28, 2015, the defendant was arrested on charges of participating in an armed bank robbery in violation of 18 U.S.C. §§ 2113(a), 2113(d) and 2 and carjacking in violation of 18 U.S.C. § 2119(1) and 2. A federal indictment against the defendant is now pending before this Court. The defendant was presented on the indictment, arraigned and

is currently detained at the Donald W. Wyatt Detention Center in Central Falls, Rhode Island.

2. On or about June 11, 2015, the undersigned received notification that the defendant's motions were to be filed on July 2, 2015 with the matter scheduled for jury selection on August 24, 2015.

3. The undersigned has recently received the government's initial discovery in the above matter and is actively engaged in the investigation of the government's claims. The undersigned has recently traveled to the Wyatt Detention Center to review the government's allegations and possible defenses with the defendant. The defendant believes that he needs additional time to review the government's discovery and discuss the various ways of resolving the present matter with counsel. Additionally, the defendant has not had sufficient time to review the discovery to determine what, if any, motions will be appropriate in his defense.

4. It is respectfully submitted that the ends of justice will be served by the granting of the defendant's request, and that said request outweighs the best interests of the public and the defendant in a speedy trial.

5. Counsel has mailed a speedy trial waiver to the defendant for his execution and will file it immediately upon its receipt.

6. The undersigned has contacted A.U.S.A. Rahul Kale who indicates that he has no objection to this request.

7. This is the first Motion for Continuance of Jury Selection filed on behalf of the defendant in this case.

WHEREFORE, the defendant respectfully moves that jury selection be continued from August 24, 2015 to October 26, 2015 or a date thereafter convenient to the Court and to additionally grant an extension of time of sixty (60) days within which to file substantive motions in this matter.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
**BOMANI AFRICA**

BY___/s/ Bruce D. Koffsky__
   Bruce D. Koffsky, Esq.
   Koffsky & Felsen, LLC
   1150 Bedford Street
   Stamford, CT  06905
   Tel.: 203-327-1500
   Fax: 203-327-7660
   Federal Bar No.: ct03772

## **CERTIFICATION**

THIS IS TO CERTIFY that on the 1st day of July, 2015, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Bruce D. Koffsky_____
Bruce D. Koffsky