AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Bomani Africa<br><br>*Defendant* | )<br>)<br>) Case No. 3:15cr34 (WWE)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Bomani Africa
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  3rd ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18: 371 Conspiracy to Commit Bank Robery, 18:2113(a), 2113(d) Armed Bank Robbery, 2119(1) and 2 Carjacking

FILED 2015 SEP 9 PM 12 15 U.S. DISTRICT COURT NEW HAVEN, CT.

Date: 07/24/2015

_____
*Issuing officer's signature*

City and state: Bridgeport, Connecticut

Kenneth R. Ghilardi, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/24/15, and the person was arrested on *(date)* 5/28/15
at *(city and state)* PHILADELPHIA, PA

Date: 8/28/15

_____
*Arresting officer's signature*

MICHAEL NOVAK, USM WARRANT COORD.
*Printed name and title*