# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE: 3:15CR34 (JAM)** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BOMANI AFRICA,** | : | |
| **Defendant.** | : | **April 10, 2019** |

## WAIVER OF SPEEDY SENTENCING RIGHTS

I, **BOMANI AFRICA**, the defendant in the above-referenced case, hereby waives my rights under the Due Process Clause of the Fifth Amendment and the Federal Rules of Criminal Procedure to a speedy sentencing in the above matter.[1]

In support of this Waiver, I state that I am represented by an attorney and I have consulted with him regarding this Waiver. I understand that by signing this waiver, I will be giving up those rights accorded to me by the Due Process Clause of the Fifth Amendment and the Federal Rules of Criminal Procedure. I request that the Court find that the requested continuance is in the interest of justice and outweighs any public interest in a speedy sentencing, and that the Court so find that the period of delay from April 4, 2016 until October 9, 2019 is hereby excluded.

_____     4/11/19
**BOMANI AFRICA**                Date

_____     4/11/19
Bruce D. Koffsky, Esq.          Date
Attorney for Defendant

_____

[1] See U.S. v. Ray, 578 F.3d 184, 197 (2d Cir. 2009)

1

## CERTIFICATION

THIS IS TO CERTIFY that on April 15, 2019, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bruce D. Koffsky