UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE: 3:15CR34 (JAM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BOMANI AFRICA, | : | |
| Defendant. | : | April 10, 2019 |

## CONSENT MOTION FOR AN ORDER TO SET
## SENTENCING DATE AND RELATED DEADLINES

The defendant, Bomani Africa, by and through the undersigned counsel, respectfully moves this honorable Court for an Order setting a sentencing date and other related deadlines in this matter. In support of this motion, the defendant states the following:

1. On or about May 28, 2015, the defendant was arrested on charges of participating in an armed bank robbery in violation of 18 U.S.C. §§ 2113(a), 2113(d) and 2 and carjacking in violation of 18 U.S.C. § 2119(1) and 2. The defendant was arraigned on a Second Superseding Indictment and ordered detained.

2. On or about December 16, 2016, the defendant appeared before this Court and entered a plea of guilty to a Two Count Information pursuant to a plea agreement. As a result of ancillary matters not then yet concluded, the defendant's matter was not scheduled for sentencing.

3. The defendant now moves that the Court schedule a sentencing date at which point the Court will have all relevant information concerning the defendant's history and characteristics as required by 18 U.S.C. § 3553(a).

4. The defendant proposes the following deadlines for the Court's consideration:

| | |
|---|---|
| First Disclosure PSI Due | August 8, 2022 |
| Objections to the PSI Due | August 22, 2022 |
| Second Disclosure PSI Due | September 1, 2022 |
| Defendant's Memo in Aid Due | September 5, 2022 |
| Government's Memo in Aid Due | September 12, 2022 |
| Sentencing | Sep0tember 19, 2022 at 10:00 a.m. |

5. Assistant United States Attorney Rahul Kale has no objection to this motion or the proposed dates.

WHEREFORE, the defendant respectfully moves for an Order setting a sentencing date and other related deadlines.

                                                     RESPECTFULLY SUBMITTED,

                                                     THE DEFENDANT,
                                                     BOMANI AFRICA

                                                   BY___/s/ *Bruce D. Koffsky*__
                                                   Bruce D. Koffsky, Esq.
                                                   Koffsky & Felsen, LLC
                                                   1150 Bedford Street
                                                   Stamford, CT  06905
                                                   Tel.: 203-327-1500
                                                   Fax: 203-327-7660
                                                   Federal Bar No.: ct03772

**CERTIFICATION**

THIS IS TO CERTIFY that on the 9th day of February 2022, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky, Esq.