UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : DOCKET NO. 3:15CR34(JAM) |
| V. | : |
| BOMANI AFRICA | : OCTOBER 7, 2022 |

JOINT MOTION FOR ADJOURNMENT OF SENTENCING

The defendant Bomani Africa, by and through his counsel, and the Government, by and through the undersigned Assistant United States Attorney, moves the Court for an adjournment of sentencing. The assigned Assistant United States Attorney has been assigned work-related travel that will take him out of District the week of October 17, 2022, during which sentencing is scheduled, and both parties seek more time to prepare for the sentencing, and respectfully request that the filing dates for sentencing memorandum be correspond with the new sentencing date.

Respectfully Submitted,

/s/
Bruce Koffsky, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
(203) 327-1500
bkoffsky@snet.net
Fed. Juris No. ct03772

_____/s._____

Rahul Kale
Assistant U.S. Attorney
US Attorney's Office
1000 Lafayette Boulevard
Bridgeport, CT 06604
Federal Bar No. : phv02526

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    _____/s._____

                                    Rahul Kale
                                    Assistant U.S. Attorney