UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : DOCKET NO. 3:15CR34(JAM) |
| V. | : |
| BOMANI AFRICA | : December 11, 2022 |

JOINT MOTION FOR ADJOURNMENT OF SENTENCING

The Government, by and through the undersigned Assistant United States Attorney, moves the Court for an earlier date for sentencing. Mr. Africa has sentencing scheduled in the District of New Jersey on February 23, 2023 and his sentencing in this case is on February 24, 2023. In order to facilitate his transport between Districts for his respective sentencing proceedings the Government respectfully requests an earlier sentencing date in the second week of February 2023, should the Court's schedule permit. The undersigned has been in contact with counsel for Mr. Africa who has no objection to the Government's request.

Respectfully Submitted,

/s/
Bruce Koffsky, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
(203) 327-1500
bkoffsky@snet.net
Fed. Juris No. ct03772

_____/s._____

Rahul Kale
Assistant U.S. Attorney
US Attorney's Office
1000 Lafayette Boulevard
Bridgeport, CT 06604
Federal Bar No. : phv02526

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                _____/s._____

                                                Rahul Kale
                                                Assistant U.S. Attorney