The Story Of My Life!

My name is Bomani Africa, I was born on Dec. 9th 1960 in Paterson New Jersey. My first recollection about anything, was when I was about 4 years of age. When back then everything was so care free, y my identity of who I was, y thought I had to be was created. The good, the bad, the ugly times of life/my life.

I recall my whole family, living together in our three story apartment buildin. I still remember the address 101 North Main street. My Mom, My Pops, Grand Parents, Aunts, Uncles, y cou-sins. I could remember riding/having my first bike. A three wheeler with a compartment on the back where I use to keep all my soda pops y ice creams at. I remember my pops buying a big block of ice to put in the compartment to keep my stuff in there cold or frozen. I was the youngest of the bunch/children at this time, y to play with my sister Frances / Cat short for her middle name Catherine, y my cousins; I would give them some of my stuff/soda pop y ice cream.

Until that one day, I was playing with them all, at least that what I thought. When my grand pops / Leanda came y took the rope from around my neck, y

2) helped me down from the wooden bats my sister y cousins had me standing on. My grandPops came in the yard yelling, y everybody was running. He took me down y started whippin me first, y took me inside y went from apartment to apartment whippin everybody else that was there in the yard. All the other elders was asking him what was wrong, y he told them. They were out there ready to hang this one here, pointing at me, in the back yard; rope on the tree around his neck. Ready to kill him y all he was doing was smiling when I cut him down, Talking about they are playin. I didn't want to play with them that much after that, but whippin.      Back to my bike, I use to be so happy riding my bike, up y down the street. But I remember one evening, I was rideing along, y this drunk man tried to take my bike / bike. He said give him a ride, y tried to get on while I was still sitting in the seat. He kicked me in the mouth / jaw, as he was trying to get on my bike. I felt the pain in my mouth y didn't know what had happen. All I could do was try to hold my mouth with one hand y my bike with my other hand y cry.. My sister y cousins came running to me, pullin the bike with me y pushin the drunk man off my bike.

3)

Some how I ran up stairs to get my parents y family who were up stairs playin cards. They all came running out to see what was wrong; but some how in all the confusion the drunk man had slipped away. At least for that moment, but the next day when my Mom, Aunt Vera y sister had brought me home from the Dentist from getting my tooth pulled. The drunk man was right there when my aunt parked the car. I had saw him, but didn't say anything, but my sister started yelling y screaming there he is, there is the man who kicked the baby in the tooth. My Mom y Aunt got out of the car y like bees on honey, they was on that man. Beating him down to the ground, y while they were punching y kicking him they were saying, "had us up all night with this baby crying because you want to kick him in the mouth. Plus I had to miss a days work because I had to take him to the Dentist to get his tooth pulled."

After what seem like for-ever, my Mom y Aunt grabbed me y my sisters hand y walked into our building. Right then I knew My Mom could fight, but never ever saw her fight again. I use to cry y be up-set when my Pops use to beat/abuse my

4) Mom y she wouldn't fight him back. So I remember one time he was beating/abusing her y I told him that when I got older I was going to get a gun y shoot him for beating my Mom. Like I had saw a Police Man did to a man on my street, when I was about 4 yrs. old. I remember them argueing all the time y my father abusing my mom, especially when he use to bring me home drunk. He use to take me out with him when he use to go out to his friends house y have me drinking with him/them. My Mom had-had enough y when I was about 5 yrs. old, she took me y my sister y ran away from the abuse. I remember, us / my mom, me, y my sister hidding all over the place from my Pops not to find us. I remember mom having to work, so she took us to school y my pops taking us from school, kidnapping us. My Pop had me y my sister hidding out from Mom y the Police. Pop had us for about a week, y him y Mom agreed to meet with no Police involved. I remember that meeting like it was yesterday; I'll never forget it, because it was the last day our family had been together as one. Pop had ask me, who I wanted to go with, I said My Mom.

5) My sister, who was crying, saying if she wanted to go with my/our Pops. My mom wasn't having it, y she grabbed both of our hands y walked away. I would always talk to My Mom about Pops at first, but as I thought I understood, I stopped asking about him. Because he was never ever around anyway, so I didn't want to/need to know. My Mom would tell me that my Pops had his own story. Going to war when he was to young, because he lied about his age, y how he was a P.O.W. of War World II. But even with this, I still could only see him/remember him as I knew him. Beating my Mom y hearing her yelling y screaming at his abuse. So when he had pass in 1993, while I was in Prison, I didn't feel a thing, or shead a tear. But I forgave him. "Rest in Peace." I remember Mom trying to hold us down, with just the basic; food, clothing y shelter. She did her best, even when we had to move from place to place. When we did find something she could afford, y not being un-grateful. Y he apartments were in the worst of worst areas, high crime y drug areas. Again, we were grateful for all we had, even when we had no electricity. I remember the smell of the kerosene lamps

6) because utilities. No lights, to have gas to cook with, y rent to have a roof over our head. It was truely a struggle for mom, for us, until Welfare helped out, y we just got by with what we had, was bless to have.

    Time is moving along, I'm about 11 or 12 yrs. old, I started rebelling about everything y everybody. I was drinking y smokin weed y cigaretts, also cutting school. Trying to be a man, quick fast y in a hurry. My mom had-had me lock up, it was only over night. But I cried all night long, because I couldn't believe my mom had locked me up. Someone had broken into our apartment y stole some stuff, Til this day, I couldn't tell you what. But My mom, had accused me, y didn't believe me when, I told her, I didn't do it. The next morning, my mom had ask the Judge to let me go, but the damage was done, The damage had been done.

    I know My Mom had truely seen the change in me the next few years. I'm about 14 or 15 yrs. of age now, y she stop beating me, hitting me; because I wouldn't cry in front of her. No matter how hard she beat me, but I use to run away out the house y cry. I would

7) no one cared for me for days. I would sleep in friends houses, gang members houses, y in hallways where we use to hang out at. I had joind a gang by now, the streets y street life had, It's hooks in me/my life. Not only the streets of Paterson, but I was hanging in the streets of New York. Needing y wanting to be apart of some--thing; which I thought was in the streets y being in a gang. I was using all types of drugs now, from acid, L.S.D., Purple Haze, Cocaine, heroin y drinking y smoking weed.

But by now, I am not only drugging it; I started hanging around the older guy in the gang; who were into hard core drugs y crime. At first, I was just a look out / watch out for the Police. Then they would let me / had me driving the stolen cars while they committed the crimes. I had afew run in with the law when I was younger, but now I was older. Got busted for robbery, y got out on bail, knew I had to make a change. I had - had afew summer jobs y afew jobs here y there. But It's 1977, 1978, y the end of 1979, I've been working for Centuary 21-Construction Plus I have a Child on the way, given up the street life; have a great job, really doin the right thing in life. Finally!

But I know, this wouldn't/hadn't last to long. My past was catching up to me, that robbery charge had showed up. I was going/had to go to court for this charge. I had figured, I would go y except responsibility for what I had did. No way they/the courts would send me away, I'm working doing so good. Have truely changed my life, y I have a child on the way. But I was sent to prison, couldn't believe it, not when I was doing the right thing.

I went to Prison for 5 yrs., y to be honest, I didn't care anymore. I was bitter y didn't care about trying to do the right thing; y it showed. Because 4 months I was on the run, my act was F___ it, I don't care if I had lived or died. I had truely given up about life at the age of 23 yrs. old. But little did I know, prison saved my life; 19 months on the streets, I was back incarcerated. I received 55 years y served 26 years of that sentence. IN that 26 yrs., I can truely say, I had made a transformation. I had prepared myself for my being release from Prison. I had educated myself, received my high school diploma, a culinary arts degree, taught culinary arts/Teachers aid, y also received my serv-safe certification. I was ready, kept a clean

9) prison, Turned my body to the prison, y received a parole date. Went home, finished parole cleanly on the outside. This was / had been the longest I had ever been out of Prison, 4 yrs. in my life. Ever! But the greatest lost was loosing my Mom while in-carcerated, she past on 7/24/2006 I thought my heart had stopped, y my life had come to an end. But being spiritual Cherokee people, It was as though I could hear My Mom voice saying, "she was okay, she's just tired y have to rest." Rest IN Peace Mom! I love you Always!

Fighting against all odds, I'm home now, Ready to take on the world. Went y completed every job program, I was involed with. Got my resume in order, put applications on line, went on interviews for jobs. From the up scale restaurants to the greesy spoons, trying to get employment. Everywhere I went, I was praised for my credentials, cooking experience y all. But being honest about the 26 yrs. gap, of being in Prison, always got me. We'll give you a call, but that call never came. I would even ask them to let me work for afew days for nothing. If they enjoy my work skills, hirer me. I even had people from several job programs, Atlantic / Mid Atlantic, y Job Search, y The Dream Center, explain to employers of afew

10) restaurants. If They would hire me, the Government would pay a percentage of my wagages for so many weeks/months. Also I'm/I was Federally Bonded if they would hirer me. But still no job, no bites.

I had received public assistance/Welfare for awhile, while in this program in Camden New Jersey called Job Search. The supervisor Ms. Sherl Treadwell, would help me with job leads. Also I would use the computers at the program to put my resume y applications on line. As I spoke of the program Mid Atlantic y The Dream Center would give me job leads that I would follow up on. But again, no one would give me a job. The Dream Center was ran by a church organization. Rev. Keith Davis y Brother Elliotte Johnson would let me use the computers at the Church to job hunt y put resumes y put applications on line. So in return, I would cook breakfast banquets y hand out food to the homeless in the area.

I met a member of the Church who had his own small construction business. He / Emmerson Hill gave me some work under the Table. It was a low paying job, for hard work y long hours, but I was grateful. Bills had to / needed to be paid. While working with Emmerson, I kept my job search up for a job in the cooking field. I also did a

A1) banquet for the Tops Organization. Ex Mayor Wilson Goode y Congressman Shaka Fahtah both from Philadelphia were present. Myself y my sou chef Shaun were praised for our cooking/food y our presentation we showed. But still no doors were open for me in the cooking field. Work had slowed down with Emmerson, because he had found another job for him being a teacher for youths in the city. I needed a job again, fast an a hurry, bills were stacking up. My son in law Eddie told me about a truck driving job for Murphys Transportation Company. My friend Victor had helped me get my driving license. So I went y spoke with Mr. Murphy about the truck driving job y was given the job, driving a Box Truck for his company. This is when the City of Philadelphia had closed down several schools that summer. Work y pay was good all summer, we cleaned out all the stuff in the schools. That was over y all the work had slowed down. Mr. Murphy took a contract with P.H.A., Philadelphia Housing Authority. But still work was slow y we/the drivers were lucky if we worked twice in a week. Plus P.H.A. contract had paid real crazy, like every other month, or

every two months. I had to find another job, y always kept on puttin job applications on line, sendin my resume every where. I was on the computer every night y day, when I wasn't out knocking on doors, tryin to get a job. Because bills had to get paid, y I had moved about 6st, or 7 times by now since I had come home from prison.

I was tryin to keep a roof over me y my common law wife Maria head, y food on the table. I went to churches that use to give out food to the people in the community y got food so we could eat. Struggling for the basics, food, clothing y shelter, no more, no less. Y ruely being thankful for what we had. Everything started crashing down on y around me, y I started looking for an escape. Not trying to justify by no means for my actions, but there it's always a reasoning/reason for every action. I was using heroin again wanting to escape, which made things/life worst. Because here I am again, back in the same boat, just a different day y time. Y thinking what I would do/give to have that moment back, before I started useing druggs y going back into the life of crime again. Especially now that my mind y body is clean, y reflecting on this moment, I can/do see a differents in th-

13) I could have made the right choice, not only for me, but everyone in my life, My son / My Family, My friends. Everyone I have caused harm to in my recklessness of that one choice, that became many wrong choices. I had given up again... * So I apologize to the courts, my victims in my crimes, my family, y ask for you alls forgiveness. Because I'm truely re- morseful, y apologize from my heart, y ask that you all find it in you alls heart to for- give me. I'm not say this because I got caught, I'm saying this, because I truely am remorseful, y apologize from one human being to another human being who do truely care, not only for myself, y others; but for life in general. Knowing how valuable y precious it is, I'll never ever take advantage of it / life again. Please forgive me...

(Sincerely Yours
(Bomani Africa