# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

February 28, 2022

Attorney at Law
Bruce Koffsky
1150 Bedford Street
Stamford, CT 06905

Re:   Africa, Bomani
      D.O.B: 12/09/1960
      USMS# 72097-066

Dear Attorney Koffsky,

Please be advised, Mr. Africa was received at the Donald W. Wyatt Detention Facility on June 4th, 2015. He is being held for the United States Marshals Service, District of Connecticut on a robbery charge.

Since being held at this facility, Mr. Africa has received a certificate for Satisfied Basic Kitchen Standards.

He is currently participating in the Detainee Worker Program as a Captain's Crew worker. Mr. Africa demonstrates excellent work ethic and a respectful attitude towards both staff and his peers.

Mr. Africa received no (0) disciplinary infractions since being housed at Wyatt.

Attached are a copy of the certificates he has earned while being held at the facility.

If you should have any questions feel free to contact my office at (401)729-1190.

Sincerely,

*K. Ereio* (signature)

K. Ereio
Unit Counselor

# Central Falls Detention Facility Corporation

*This is to certify that*

## Bomani Africa

*Has Satisfied Basic Kitchen Standards*

Completed On

May 25, 2017

_____
Daniel W. Martin
Warden

_____
Rah'd Le Tang
Food Service & Commissary Director

